# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **CRIMINAL NO. 5:23-CR-63 (MTT)** |
| v. | : |
| | : |
| **BRANDY NICHOLE HOWARD,** | : |
| | : |
| **Defendant.** | : |
| | : |

## ORDER TO DISMISS

Before the Court is the United States' unopposed motion to dismiss the above-styled Indictment as to Defendant Brandy Nichole Howard pursuant to Federal Rule of Criminal Procedure 48(a) due to the successful completion of the terms of her pre-trial diversion agreement. After careful consideration, the Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court GRANTS the United States' Motion to Dismiss Indictment, ECF 1 and hereby ORDERS that the pending Indictment against Defendant Brandy Nichole Howard be DISMISSED with prejudice.

**SO ORDERED**, this 9th day of January, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT